UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VERNON STANCUNA, | : | |
| *USA, ex rel* | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 3:11CV1886 (MRK) |
| | : | |
| NEW HAVEN LEGAL ASSISTANCE ASSOCIATION, INC., JANE GROSSMAN, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## JUDGMENT

This action came on for consideration on United States of America's Motion to Dismiss before the Honorable Mark R. Kravitz, United States District Judge. On July 17, 2012, an Order on Motion to Dismiss entered, granting the relief and unsealing the case.

It is therefore ORDERED and ADJUDGED that judgment is entered dismissing the case.

Dated at New Haven, Connecticut, this 17th day of July 2012.

ROBIN TABORA, CLERK

By /s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi
Deputy Clerk

EOD: _____